UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
UNITED STATES OF AMERICA                      :    INFORMATION
                                              :
         - v. -                               :    10 Cr. 1013
                                              :
NARZIM MOHAMMED,                              :
                                              :
              Defendant.                      :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
26 OCT 2010

COUNT ONE
(Evading Currency Transaction Report Requirements)

The United States Attorney charges:

1.  From at least in or about 2000 through in or about October 2003, in the Southern District of New York and elsewhere, NARZIM MOHAMMED, the defendant, unlawfully, willfully and knowingly, and for the purpose of evading the reporting requirements of Title 31, United States Code, Section 5313(a) and the regulations prescribed under that section, did cause and attempt to cause a domestic financial institution, to wit, two check-cashing companies in New York, New York, to fail to file reports required under Title 31, United States Code, Section 5313(a) and the regulations prescribed under that section, and did so while violating other laws of the United States, to wit, MOHAMMED caused numerous checks to be cashed at the check-cashing companies in New York, New York that were valued at, or slightly less than, $10,000 in order to evade the currency transaction reporting requirements and while attempting to evade and defeat

payroll taxes and the payment thereof.

(Title 31, United States Code, Sections 5324(a)(1) & (d)(2); Title 18, United States Code, Section 2.)

## FORFEITURE ALLEGATION

2.   As a result of committing the foregoing offense, in violation of 31 U.S.C. § 5324, alleged in Count One of this Information, NARZIM MOHAMMED, the defendant, shall forfeit to the United States, pursuant to 31 U.S.C. § 5317, all property, real and personal, involved in the offense or traceable to such property, including, but not limited to, the following:

   a.   At least $424,355.77 in United States currency, in that such sum in aggregate is property which was involved in the conspiracy to violate 31 U.S.C. § 5324 or is traceable to such property.

### Substitute Assets Provision

   b.   If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant,

   i.   cannot be located upon the exercise of due diligence;

   ii.   has been transferred or sold to, or deposited with, a third party;

   iii.   has been placed beyond the jurisdiction of the court;

   iv.   has been substantially diminished in

value; or

v. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

(Title 21, United States Code, Section 853(p);
Title 31, United States Code, Sections 5317, 5324)

*Preet Bharara*  JK
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

===

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===

UNITED STATES OF AMERICA

- v. -

NARZIM MOHAMMED,

Defendant.

===

**INFORMATION**

10 Cr.

(Title 31, United States Code, Sections
5324(a)(1) & (d)(2))



PREET BHARARA
United States Attorney.

===

10/26/10
Waiver + information filed. Deft. previously Arraigned on information. Deft pres w/atty Martin Adelman; AUSA, Daniel Goldman pres., Court reporter pres. Karen Gorlaski pres.; Deft enters a plea of guilty to information; Deft released on ROR; Travel restricted to S.D.N.Y. + E.D.N.Y.; PSI Ordered; Sentencing set for 2/4/11 @ 11:00 a.m. Passport to be surrendered after return from Trinidad/Tobago.
Hellerstein, J.